# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| CECIL CARR, aka Lonnie Johnson; et al., | No. 05-56087 |
| Petitioner - Appellant, | D.C. No. CV-00-05782-CAS |
| V. | |
| TOM L. CAREY, Warden, Warden substituted for T.M. Hornung, | **JUDGMENT** |
| Respondent - Appellee. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Appeal from the United States District Court for the Central District of California, Los Angeles.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 01/09/07

A TRUE COPY  1/31/07
ATTEST
CATHY CATTERSON
Clerk of Court
by: ___
Deputy Clerk
This certification does constitute the mandate of the court.





DOCKETED ON CM
FEB 1 3 2007
BY ___ 184